UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dion C. Pennywell, | Case No. 16-cv-0981 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Saint Paul Public Housing Agency, People Incorporated, South Metro Human Services, Catholic Charities of the Archdiocese of Saint Paul, City of Saint Paul, Saint Paul City Police Department, | |
| Defendants. | |

This matter is before the Court on the June 30, 2016 Report and Recommendation of United States Magistrate Judge Steven E. Rau.  (Dkt. 6.)  No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The magistrate judge's June 30, 2016 Report and Recommendation, (Dkt. 6), is **ADOPTED;**

2. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2016                              s/Wilhelmina M. Wright
                                                  Wilhelmina M. Wright
                                                  United States District Judge